Copartners, etc., Appellants.— Judgment and order affirmed, with costs, in accordance with opinion in *Treuhaft* v. *Bender* (193 App. Div. 666), decided herewith. Jenks, P. J., Rich, Putnam and Kelly, JJ., concur; Mills, J., is of opinion that the defendants' exception to the refusal to charge is reversible error.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CONSOLE, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL O'BRIEN, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

JOHN CURRAN, as Administrator, etc., Respondent, v. THE WHITE PLAINS PLUMBING SUPPLY COMPANY, INC., Appellant.— Motions denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

JOHN DAVIS, Appellant, v. ANNIE DAVIS and Others, Respondents.— Motion to resettle order granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ. Settle order on notice.

In the Matter of the Application of CHESTER ATWOOD DUNHAM for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of the TRANSIT CONSTRUCTION COMMISSIONER for the Appointment of Commissioners, etc. Modification of Fourteenth Street-Eastern Line (Route No. 68.)— Motion granted. Theodore Frothingham, George W. Chauncey and Theodore G. Christmas appointed commissioners. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

QUENTIN B. McCAIN, Appellant, v. FRANK B. MINNERLY, Respondent.— Motions denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— As it may be considered that the exception to the refusal to dismiss the second cause of action, at folio 170 of the case, sufficiently raises the question of law as to plaintiff's right to recover for the tort, we grant the motion for leave to appeal to the Court of Appeals. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

BEATRICE TRANTER, Respondent, v. SEFTON TRANTER, Defendant. J. HERBERT WARE, JR., and WALTER WILLIAMS, Appellants.— Motion for stay denied, and the stay contained in the order to show cause vacated. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARGARET BAIRD and ANNA STENGER, Appellants, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Respondents.— Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

JOSEPHINE CICCONE, Respondent, v. ALFRED D. FAY, Appellant.—